1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         SOUTHERN DISTRICT OF CALIFORNIA

10

11   1 LINCOLN FINANCIAL COMPANY,        )   Civil No. 10cv268 L(BLM)
                                          )
12              Plaintiff,                )   **ORDER GRANTING *EX PARTE***
                                          )   **MOTION TO DEPOSIT LIFE**
13   v.                                   )   **INSURANCE BENEFITS INTO THE**
                                          )   **REGISTRY OF THE COURT; FOR**
14   METROPOLITAN LIFE INSURANCE          )   **ATTORNEYS' FEES; AND FOR**
     COMPANY,                             )   **DISCHARGE [doc. #50]**
15                                        )
                Defendant.                )
16   _____ )
                                          )
17   AND RELATED COUNTERCLAIM            )
          AND THIRD-PARTY CLAIMS.         )
18   _____ )

19         Defendant and counter/third-party plaintiff Metropolitan Life Insurance Company filed an

20   *ex parte* motion to deposit plan benefits into the registry of the court, for attorneys' fees and for

21   discharge.  To date, no party has opposed the *ex parte* motion.  For the reasons set forth in the *ex*

22   *parte* motion, the Court finds good cause has been demonstrated.  Accordingly, **IT IS**

23   **ORDERED**:

24         1.      **GRANTING** defendant and counter/third-party plaintiff Metropolitan Life

25   Insurance Company's *ex parte* motion.  The Clerk of the Court is to receive and deposit into the

26   registry of the Court interpleaded funds of life insurance benefits ("Plan Benefits") payable

27   under the Sempra Energy Group Health and Welfare Program (the "Plan") as a result of the

28   death of Darrell Goggins, in the amount of $80,000, plus applicable interest, if any, and less

                                                                                          10cv268

1   $5,000 in attorneys' fees and costs to be retained by Metropolitan Life Insurance Company; and

2       2.    **ENJOINING** plaintiff 1 Lincoln Financial Company and third-party defendants

3   Cheyenne C. Rodriguez, individually and in her capacities as a Trustee of a Trust mentioned in

4   the Beneficiary Form in question and as next friend of M. L. Goggins, D. S. Goggins and R. A.

5   Goggins, the minor children of Darrell Goggins, Dana Goggins and Speer & Speer from

6   instituting or prosecuting any action or proceeding in any State or United States Court against

7   Metropolitan Life Insurance Company, Sempra Energy, San Diego Gas & Electric, and the Plan

8   for the recovery or any relief for the Plan Benefits; and

9       3.    **DISMISSING WITH PREJUDICE** Metropolitan Life Insurance Company from

10   this action, and **DISCHARGING WITH PREJUDICE** Metropolitan Life Insurance Company,

11   Sempra Energy, San Diego Gas & Electric, and the Plan from any further liability for the Plan

12   Benefits arising under the Plan as a result of the death of Darrell Goggins.

13       **IT IS SO ORDERED.**

14   DATED:  June 10, 2010

15   _____

16   M. James Lorenz
    United States District Court Judge

17   COPY TO:

18   HON. BARBARA L. MAJOR
    UNITED STATES MAGISTRATE JUDGE

19

20   ALL PARTIES/COUNSEL

21

22

23

24

25

26

27

28

10cv268